# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5356** **September Term, 2026**

**1:26-cv-03287-TJK**

**Filed On: October 14, 2026** **[2198123]**

Cable News Network, Inc., et al.,

Appellees

v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

Appellants

**O R D E R**

The notice of appeal was filed on October 14, 2026, and docketed in this court on October 14, 2026. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | November 13, 2026 |
| Docketing Statement Form | November 13, 2026 |
| Entry of Appearance Form (Attorneys Only) | November 13, 2026 |
| Procedural Motions, if any | November 13, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | November 13, 2026 |
| Statement of Issues to be Raised | November 13, 2026 |
| Transcript Status Report | November 13, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | November 13, 2026 |
| Dispositive Motions, if any | November 30, 2026 |

It is

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5356** **September Term, 2026**

**FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | November 13, 2026 |
| Entry of Appearance Form (Attorneys Only) | November 13, 2026 |
| Procedural Motions, if any | November 13, 2026 |
| Dispositive Motions, if any | November 30, 2026 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Francis A. Walter
Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Request to Enter Appellate Mediation Program (Optional)
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases (Optional)