# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT

All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 26-5356
2. DATE DOCKETED: 10/14/2026
3. CASE NAME (lead parties only) Cable News Network, Inc. v. Trump
4. TYPE OF CASE: ☒ District Ct - ◯ US Civil ◯ Private Civil ◯ Criminal ◯ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ◉ Yes ◯ No
   If YES, cite statute 28 USC 1657a
6. CASE INFORMATION:
   a. District Court Docket No.
      Civil Action 1:26-cv-3287
      Criminal
      Miscellaneous

      Bankruptcy Court Docket No.
      Bankruptcy
      Adversary
      Ancillary

      Tax Court Docket No.
      Tax
   b. Review is sought of:
      ☐ Final Order ☒ Interlocutory Order appealable as of right ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Kelly Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 10/13/2026
   e. Date notice of appeal filed: 10/14/2026
   f. Has any other notice of appeal been filed in this case? ◯ Yes ◉ No If YES, date filed:
   g. Are any motions currently pending in trial court? ◉ Yes ◯ No If YES, date filed: 11/4/2026
      If YES, identify motion Plaintiffs' motion for further preliminary injunction
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ◉ Yes ◯ No
      If NO, why not?
   i. Has this case been before the Court under another appeal number? ◯ Yes Appeal # ◉ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ◯ Yes ◉ No If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute? ◯ Yes ◉ No
      If YES, give popular name and citation of statute
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ◯ Yes ◉ No If so, provide program name and participation dates

Signature /s Michael Velchik Date 11/10/2026
Name of Party Trump
Name of Counsel for Appellant/Petitioner Michael Velchik
Address 950 Pennsylvania Ave
Phone ( 202 ) 860-8388 Fax ( ) -

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.